**United States District Court**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| | ) |
| Afzal Shaikh | )   Case No. 07-CR-0418-MJG |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

U.S. Pretrial Services recommends the following modification of the above named defendant's conditions of release:

- The defendant's pretrial supervision be removed.

It is noted the defendant was sentenced in the Southern District of New York (07-CR-1225-HB) to 5 months imprisonment to be followed by a 2 year term of supervised release with the first 5 months to include electronic monitoring. His projected release date is May 29, 2009.

All other conditions of released ordered on September 20, 2007, not inconsistent with this modified Order, shall remain in full force and effect.

Assistant U.S. Attorney, Christine Manuelian and the attorney for the defendant, Daniel J. Gotlin indicated they are not opposed to the modification request.

_____     4-1-09
Signature of U.S. Pretrial Services Officer        Date

[✓]  The above modification of conditions of release is ordered, to be effective on 4/1/09.

[ ]  The above modification of conditions of release is <u>not</u> ordered.

/s/     4/01/09
Signature of Judicial Officer        Date
Marvin J. Garbis
United States District Judge